396 A.2d 20

Commonwealth v. Cox, Appellant.

Submitted June 13, 1977. David N. Brook, for appellant; Eric J. Cox, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.